IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

_____

| | |
|---|---|
| DARLA L. PFENNINGER, a citizen and resident of Hamblen County, Tennessee, ) ) ) | |
| Plaintiff ) ) | |
| v. ) ) | No. 2:14-cv-54 |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and US FOODS, INC., ) ) ) ) ) | |
| Defendants ) | |

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

Now come plaintiff DARLA L. PFENNINGER and Defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and US FOODS, INC., through their respective attorneys of record, and stipulate that the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party shall bear her/its own costs and expenses of litigation.

This 7th day of July, 2014.

s/ John P. Dreiser
John P. Dreiser (BPR #020743)
Attorneys for the Plaintiff
1356 Papermill Pointe Way
Knoxville, TN 37919
(865) 584-1211


s/ Cyrus L. Booker
Cyrus L. Booker
CBooker@bookerlegal.com
Booker Legal Group, P.C.
1720 West End Avenue, Suite 640
 Nashville, TN 37203-2615
Telephone: 615-815-1634
Facsimile: 615-301-6500